UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS,
  Petitioner,

V.                                          CASE NO. 07 1339

HARLEY G. LAPPIN, Director
Federal Bureau of Prisons

Court Services & Offenders
Supervision Agency (CSOSA)
          Respondents.

<u>Motion To Proceed Without
Prepayment of Fees and Affidavit</u>

I, Shawn A. Phillips, declare that I am the Petitioner in the Above-entitled Proceeding; that in support of my request to proceed without payment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of the proceedings and that I am entitled to the relief sought in the Petition. I am currently incarcerated. I do not receive money from the institution. I do not have any cash or checking or savings accounts. I do not own any real-estate, stocks, bonds or any other

JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS
#13100-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
        Petitioner,

V.                              Case.No._____

HARLLY G. LAPPIN, Director
Federal Bureau of Prisons

COURT SERVICES & OFFENDERS
SUPERVISION AGENCY (CSOSA)
        Respondents.

## MOTION TO EXPEDITE

ComesNow, the Petitioner, Shawn A. Phillips, Pro Se and respectfully moves this Court to expedite his writ of habeas corpus for the reasons following:

Petitioner's Pre-Release Preparation date is coming soon and I am asking the court for my release on that date.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHAWN A. PHILLIPS
#13100-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
       Petitioner,

V.            Case. No. _____

Case: 1:07-cv-01339
Assigned To : Unassigned
Assign. Date : 07/25/2007
Description: HABEAS CORPUS

HARLEY G. LAPPIN, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001

COURT SERVICES & OFFENDERS
SUPERVISION AGENCY (CSOSA)
Offender Processing Unit
300 Indiana A.V.E., N.W. Room 2070
Washinston, D.C. 20001
       Respondents.

PETITION FOR WRIT OF
HABEAS CORPUS PURSUANT TO

28 U.S.C. § 1651

ComesNow, the Petitioner, Shawn A. Phillips, Pro Se. And respectfully petitions this Honorable Court for the issuance of the instant motion. Jurisdiction for this Writ in the above captioned case is predicated upon 18 U.S.C. §3585, 18 U.S.C. §3621(b), And 18 U.S.C. §3624(c) And Applicable case law.

## FACTUAL BACKGROUND

On June 30, 2004, I was sent to the D.C. Jail without bail on case F3656-04 by the D.C. Superior Court. On March 30, 2005, I entered a plea of guilty to one count of Attempted Assault with a dangerous weapon and one count of felony contempt. On June 9, 2005, the Court sentenced me to 2 years of incarceration on the Attempted Assault with a dangerous weapon count and 15 months on the contempt count.

# ARGUMENT

On my Sentence Computation Sheet my Pre-Release Preparation date is 7-13-07. At this time my Unit team States that thay have done All my Progress Reports, And Paper work for me to go two the halfway house on time by my 10% Date of 7-13-07. My Unit team States that my halfway house was filed on 5-22-07, And At this time the Office of Court Services & Offenders Supervision Agency has not done it's Job to get me release to A halfway house by my 10% Date. See 18 U.S.C. § 3624(c) Clearly Stated that "BOP" "Shall" "Assure" that each Prisoner Spent reasonable Part of At last "10% Percent" of his or her term under Conditions that Afforded reasonable Opportunity to Adjust to And Prepare for re-entry into Community to extent that was Practicable. See also 18 U.S.C. § 3621(b), Authorizes the Bureau of Prisons to transfer inmates to Community Corrections Center At any time during their Prison terms.

Also the Bureau of Prisons has not done any follow up work for me to be release on time on my 10% date of July 13, 07.

## ORDER TO SHOW CAUSE

Petitioner would like to ask this Court to show cause as to why I do not have a halfway house date to be release on my 10% date of July 13, 07 with all my good times.

## Relief

The relief that Petitioner seek is for his release on July 13, 07 to a halfway house or to the Intensive Supervision & Electronic monitoring.

Wherefore, for the foregoing reasons And Any that may Appear to this Court After A hearing on this Writ Petitioner respectfully requests that Show Cause be granted.

Respectfully Submitted,

*[signature]*

SHAWN A. PHILLIPS #13100-007
U.S.P. Hazelton, P.O. Box 2000
Bruceton Mills, WV 26525

## Certificate of Service

Harley Lappin, Director
BOP, 320 First Street, N.W.
Wash, D.C. 20001

Court Services Offenders Supervision Agency (CSOSA) 300 Indiana Ave, N.W Room 2070
Wash, D.D. 20001

It is me 28th this Day of Jun 2007.

E-B

MEMORANDUM

To: Harley G. Lappin, Director, Bureau of Prisons (FBOP)

From: Shawn A. Phillips #13100-007

Date: 6-12-07

Subject: Half Way House, Liberty interests, Due Proces.

ComesNow, Shawn A. Phillips, And respectfully Petitions this Office for the relevant Predicated reasons following:

On my Sentence Computation Sheet I have A Pre-Release Preparation date of 7-13-07. At this time my Unit Manager, B. Milton has not done his Job for me to go to A halfway house by this date. I have all of my good times days so it's no reason for me not to be sent to the halfway house on time. I am A D.C. inmate in federal Custody at U.S.P. Hazelton. I am due for halfway house and it's Jun and I don't have A date for the halfway house.

I would like to know if this office can have my Unit team do it's job and get me a halfway house date that I am to have. I have been in the Special Housing Unit four "Six" months for no reason. It's not right four me to just set in the "Special Housing Unit". See Colon V. Howard, 215 F.3d 227, 231 (2d Cir 2000)(finding "305" days in Segregation to be an adequate departure from normal prison life so as to require procedural due process protections. The 5th Amendment contains an identical prohibition: "No Person Shall be ... deprived of life "liberty," or property without due process of law".

Note: I also have a Civil Suit on the Federal Bureau of Prisons is this the reason I dont have a halfway house date? See Allah V. Seiverling, 229 F.3d 220, 223-24 (3d Cir 2000)(Allowing Prisoner to go forward with due process claim that he was kept in Administrative Segregation in "retaliation" for filing Civil rights Suit.

I think this is some kind of retaliation by the Federal Bureau of Prisons for my grievances and Civil Suit. If I am not sent to a halfway house on time it would be a "significant hardship on me by me not going to the halfway house on time. My Pre-Release Preparation date is "7-13-07".

Respectfully Submitted,

*[signature]*

SHAWN A. PHILLIPS #13100-007
U.S.P. Hazelton, P.O. Box 2000
Bruceton Mills, WV 26525

(3)

E - A

```
 HAZ2L   540*23  *          SENTENCE MONITORING          *    03-23-2007
 PAGE 001         *            COMPUTATION DATA          *    15:18:36
                              AS OF 03-23-2007

REGNO..: 13100-007 NAME: PHILLIPS, SHAWN


FBI NO............: 769296KB9              DATE OF BIRTH: 02-12-1981
ARS1..............: HAZ/A-DES
UNIT..............: C                      QUARTERS.....: Z04-233UAD
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-13-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-23-2007 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 050 -------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F3656-04
JUDGE............................: WINFIELD
DATE SENTENCED/PROBATION IMPOSED: 06-09-2005
DATE COMMITTED...................: 07-11-2005
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $00.00          $00.00           $00.00        $200.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  695
OFF/CHG: 22-404.1 CONTEMPT 22-402 ATTEMPT ASSAULT WITH DANGEROUS
         WEAPON

   SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS       15 MONTHS
   TERM OF SUPERVISION............:    5 YEARS
   DATE OF OFFENSE................: 04-10-2004




G0002         MORE PAGES TO FOLLOW . . .
```

```
   HAZ2L   540*23 *            SENTENCE MONITORING           *      03-23-2007
   PAGE 002 OF 002 *            COMPUTATION DATA              *      15:18:36
                                AS OF 03-23-2007

   REGNO..: 13100-007 NAME: PHILLIPS, SHAWN


   --------------------------CURRENT COMPUTATION NO: 020 --------------------------

   COMPUTATION 020 WAS LAST UPDATED ON 07-18-2005 AT CRO AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 020: 050 010

   DATE COMPUTATION BEGAN..........: 06-09-2005
   TOTAL TERM IN EFFECT............:      2 YEARS       15 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS        3 MONTHS
   EARLIEST DATE OF OFFENSE........: 04-10-2004

   JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                          04-19-2004   04-19-2004
                                          06-30-2004   11-08-2004
                                          05-05-2005   06-08-2005

   TOTAL PRIOR CREDIT TIME.........: 168
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 153
   TOTAL GCT EARNED................: 108
   STATUTORY RELEASE DATE PROJECTED: 10-23-2007
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 03-24-2008


   PROJECTED SATISFACTION DATE.....: 10-23-2007
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: INMATE RELEASED OFF OF CASE T0067004A (180 DAYS) ON 05-05-2005
                   COMP CERTIFIED BY CRO 09-08-05.




   G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

MEMORANDUM

To: C. Milton, Case Management Coordinator

From: Shawn A. Phillips # 13100-007

Date: 6-11-07

Subject: Halfway House, Liberty interests, Due Proces.

Comes now, Shawn A. Phillips, and respectfully petitions this office for the relevant predicated reasons following:

I am a Washington, D.C. inmate in federal custody at U.S.P. Hazelton. On my sentence computation sheet my Pre-Release Preparation date is 7-13-07 and for some reason I do not have a halfway house date. I would like to know why I do not have a halfway house date. I would like to go to the halfway house on time I have been in SHU six months.

Respectfully Submitted,
Shawn Phillips
Shawn A. Phillips # 13100-007

E-D

# MEMORANDUM

TO: Joe D. Driver, Warden

From: Shawn A. Phillips #13100-007

Date: 6-11-07

Subject: Halfway House, Right of Access To The Courts.

Comes now, inmate Shawn A. Phillips, And respectfully petitions this office for the relevant predicated reasons following:

Mr. Driver I am in need of your help because my unit team will not talk to me about my halfway house date or any thing about what is going on with my halfway house date. My Pre-Release Preparation date is 7-13-07 And my unit team has not called the Office of the Court Services & offenders Supervision Agency to see why I do not have a date to go to the halfway house. See 18 U.S.C. § 3624(c), clearly stated that "BOP" "Shall" "Assure that each prisoner spent reasonable part of at last 10% Percent of his

or her term under conditions that afforded reasonable opportunity to adjust to and prepare for Re-entry into Community to extent that was practicable. See also 18 U.S.C. §3621(b), Authorizes the Bureau of Prisons to transfer inmates to Community Corrections Center at any time during their Prison terms. Also Mr. Driver I have sent my Unit team over 15 Cop-outs to make a legal call and four legal copies and Counselor P. Marrero, or Unit Manager R. Milton will not come over to the Special Housing Unit to help me with legal copies or a legal call. See Johnson V. Avery, 393 U.S. 483, 485 (1969), Prisoner's right of Access to Courts may not be denied or obstructed. The Constitution guarantees Prisoners the right of meaningful Access to the Judicial System. See Bounds V. Smith, 430 U.S. 817, 821 (1977)(This right imposes an affirmative duty on Prison officials to assist inmates in preparing and filing legal Papers. Mr. Driver I do not know why my Unit team is doing this to me

but I would like to know could something be done about this. But see Crowder v. Sinyard, 884 F.2d 804 (5th Cir. 1989) (Thus Prison officials cannot refuse to convey or otherwise block transmission of legal documents that Prisoners wish to send to the Courts. Mr Driver it's not right for me to have to send my legal work home for copies.

Respectfully Submitted,

*Shawn Phillips*

Shawn A. Phillips #13100-007

(3)

MEMORANDUM                E-E

To: R.E. Milton, Unit Manager

From: Shawn A. Phillips #13100-007

Date: 5-18-07

Subject: <u>Half Way House, Liberty interests, Due Proces.</u>

<u>Comes Now</u>, Shawn A. Phillips, and respectfully petitions this office for the relevant predicated reasons following:

I am a D.C. inmate in federal custody at U.S.P. Hazelton. At this time I am due to be sent to a halfway house in "July" but for some reason this unit team is trying to stop me from going home in "July" and/or has not done it's job to see to it that I go to the halfway house on time. I have ~~been~~ ben in the Special Housing Unit four "five" months and it's not right four me to just set in the Special Housing Unit. See <u>Colon v. Howard</u>, 215 F.3d 227, 231 (2d Cir 2000)(finding "305" days in Segregation to be an adequate

departure from normal prison life so as to require procedural due process protections. See Also <u>Welch V. Bartlett</u>, 196 F.3d 389, 394 (2d Cir 1999)(finding that 90-day confinement in segregation my require due process protections. If this unit team do not wish to do it's job and get me to a half way house then I would like to be moved out of this "institution" fast. I do not wish to just two be in the Special Housing Unit four more months to come. The 5th Amendment contains an identical Prohibition: "No person shall be ... deprived of life, "liberty," or property without due process of law". Also is this unit team not working on my halfway house in retaliation for me filing a law suit on Hazeltons Staff if so. See <u>Allah V. Seiverling</u>, 229 F.3d 220, 223-24 (3d Cir 2000)(Allowing Prisoner to go forward with due process claim that he was kept in Administrative Segregation in retaliation for filing Civil right Suit. I think this is some kind of retaliation by staff for my grievances. This unit team has put a significant hardship on me by not working on my half way

house. I Pray that this can be worked out by this unit team.

Respectfully Submitted,

*[signature]*

SHAWN A. Phillips # 13100-007
U.S.P. Hazelton

cc:

Harley G. Lappin, Director
Bureau of Prisons
320 First St. N.W.
Washington, D.C. 20534

Congress-Woman, Eleanor Holmes-Norton   529 14th St, N.W. Suite # 900
Wash, D.C. 20045

Court Services & Offenders Supervision Agency (CSOSA)
300 Indiana A.V.e. N.W.
Room 2070
Wash, D.C. 2004

(3)