UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHAWN A. PHILLIPS,
    Petitioner,

V.                                    CASE NO. 07 1339

HARLEY G. LAPPIN, Director
Federal Bureau of Prisons

Court Services & Offenders
Supervision Agency (CSOSA)
            Respondents.

## Motion To Proceed Without Prepayment of Fees and Affidavit

I, Shawn A. Phillips, declare that I am the Petitioner in the Above-entitled Proceeding; that in Support of my request to Proceed Without Payment of fees or Costs Under 28 U.S.C. §1915 I declare that I am unable to Pay the Costs of the Proceedings And that I Am entitled to the relief Sought in the Petition. I am currently incarcerated. I do not receive money from the institution. I do not have any cash or checking or Savings Accounts. I do not own any real-estate, stocks, bonds or any other

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS
#13100-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
Petitioner,

V.                                    CASE NO. _____

HARLEY G. LAPPIN, Director
Federal Bureau of Prisons

COURT SERVICES & OFFENDERS
SUPERVISION AGENCY (CSOSA)
Respondents.

## MOTION TO EXPEDITE

ComesNow, the Petitioner, Shawn A. Phillips, Pro Se and respectfully moves this Court to expedite his Writ of Habeas Corpus for the reasons following:

Petitioner's Pre-Release Preparation date is coming soon and I am asking the Court for my release on that date.