**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHAWN A. PHILLIPS,            :
                              :
         Petitioner,          :
                              :
v.                            :   Civil Action No. 07 1339
                              :
HARLEY G. LAPPIN, et al.,     :
                              :
         Respondents.         :

### TRANSFER ORDER

Petitioner, who currently is incarcerated at the United States Penitentiary in Bruceton Mill, West Virginia, brings this habeas action. Habeas corpus actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). A "district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide. Accordingly, it is hereby

**ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

SO ORDERED.

Date: 7/20/07

/s/ Henry Kennedy
United States District Judge